UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60369-CIV-SMITH

JANE DOE,

    Plaintiff,

v.

MSC CRUISES S.A., *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Parties' Stipulation of Dismissal Without Prejudice [DE 22]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED without prejudice.**
2. Each party shall bear its own attorney's fees and costs.
3. All pending motions are denied as moot.
4. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 27th day of September 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record